CSD 1099 [07/01/18]
Name, Address, Telephone No. & I.D. No.
**Sullivan Hill Rez & Engel, A Professional Law Corporation**
**Gary B. Rudolph 101921**
**600 B Street, Suite 1700**
**San Diego, CA 92101**
**(619) 233-4100**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**GFRC Holdings LLC**

BANKRUPTCY NO. **20-02480-LA7**

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the original with the number of copies required by CSD 1800 Administrative Procedures of the following [Check one or more boxes as appropriate]:

- [ ] Schedules A/B - J
- [x] Statement of Financial Affairs
- [ ] Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- [ ] Summary of Your Assets and Liabilities and Certain Statistical Information Schedules
- [x] Schedule of Real and/or Personal Property
- [ ] Schedule of Property Claimed Exempt
- [x] Creditors Holding Secured Claims by Property
- [ ] Creditors Holding Unsecured Priority and/or Non-priority Claims:
- [x] Schedule of Executory Contracts & Unexpired Leases
- [x] Schedule of Co-Debtors
- [ ] Income of Individual Debtor(s)
- [ ] Expenses of Individual Debtor(s)
- [ ] Expenses for Separate Household of Debtor 2

**If additional creditors are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, Notice, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules. See instructions on reverse side.*

Dated: May 26, 2020

Signed: /s/ Gary B. Rudolph

Attorney for Debtor

I [We] ___John Haywood___ and _____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of __27__ pages, and on the creditor matrix, if any, is true and correct.

Dated: May 26, 2020    /s/ John Haywood

Executive Vice President of GFRC Holdings, LLC    *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 (Page 2) [07/01/18]

**INSTRUCTIONS**

1. Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2. If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3. If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

**PROOF OF SERVICE**

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below by the mod of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On May 2Ì , 2020 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Gary B. Rudolph rudolph@sullivanhill.com,
hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com

United States Trustee ustp.region15@usdoj.gov

Leonard J. Ackerman    ljabkatty@gmail.com, lja@trustesolutions.net

| | | | | | |
|---|---|---|---|---|---|
| ☑ | Chapter 7 Trustee: | | | | |
| ☑ | For Chpt. 7, 11, & 12 cases: | ☐ | For ODD numbered Chapter 13 cases: | ☐ | For EVEN numbered Chapter 13 cases: |
| | UNITED STATES TRUSTEE ustp.region15@usdoj.gov | | THOMAS H. BILLINGSLEA, JR., TRUSTEE Billingslea@thb.coxatwork.com | | DAVID L. SKELTON, TRUSTEE admin@ch13.sdcoxmail.com dskelton13@ecf.epiqsystems.com |

2. **Served by United States Mail or Overnight Mail:**

On ,I served the following person(s) and/or entity(ies) at the last known address(es) In this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method,) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    **May 27, 2020**

(Date)

/s/ Laurel Dinkins

**Laurel Dinkins**
**Sullivan Hill Rez & Engel, A Professional Law**
**Corporation**
**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
Address

CSD 1099

**Fill in this information to identify the case:**

Debtor name **GFRC Holdings LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) **20-02480-LA7**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 26, 2020**

X **John Haywood**
Signature of individual signing on behalf of debtor

**John Haywood**
Printed name

**Executive Vice President**
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **GFRC Holdings LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **20-02480-LA7**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $     **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $     **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $     **51,213,298.02**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **0.00**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b            $     **51,213,298.02**

**Fill in this information to identify the case:**

Debtor name   **GFRC Holdings LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **20-02480-LA7**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **GFRC Holdings LLC**
_____
Name

Case number *(If known)*  **20-02480-LA7**

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **GFRC Holdings LLC**                                            Case number *(If known)*  **20-02480-LA7**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **GFRC Holdings LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) **20-02480-LA7** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Apollo Investment Corporation**<br>Creditor's Name<br><br>**Cerberus Business Finance, LLC**<br>**875 Third Avenue**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$2,500,000.00** | **$0.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>See attached. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ares Capital Corporation**<br>Creditor's Name<br><br>**Cerberus Business Finance, LLC**<br>**875 Third Avenue**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br><br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$24,356,649.01** | **$0.00** |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **GFRC Holdings LLC**
_____
Name

Case number (if known)    **20-02480-LA7**
_____

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| | | | |
|---|---|---|---|
| **2.3** | **Cerberus ASRS Funding LLC** | Describe debtor's property that is subject to a lien | **$4,907,060.72** | **$0.00** |

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, NY 10022**

Creditor's mailing address

Describe the lien
_____

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| | | | |
|---|---|---|---|
| **2.4** | **Cerberus ASRS Holdings LLC** | Describe debtor's property that is subject to a lien | **$395,767.07** | **$0.00** |

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, NY 10022**

Creditor's mailing address

Describe the lien
_____

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority. See attached.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| | | | |
|---|---|---|---|
| **2.5** | **Cerberus Levered Loan Opp.** | Describe debtor's property that is subject to a lien | **$774,320.50** | **$0.00** |

Creditor's Name

**Cerberus Business Finance, LLC**
**875 Third Avenue**
**New York, NY 10022**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **GFRC Holdings LLC**                                    Case number (if known)    **20-02480-LA7**
Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Cerberus N-1 Funding LLC** | Describe debtor's property that is subject to a lien | **$2,424,350.22** | **$0.00** |

Creditor's Name

**Cerberus Business Finance, LLC
875 Third Avenue
New York, NY 10022**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Cerberus NJ Credit Opp. Fund L** | Describe debtor's property that is subject to a lien | **$195,530.27** | **$0.00** |

Creditor's Name

**Cerberus Business Finance, LLC
875 Third Avenue
New York, NY 10022**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **GFRC Holdings LLC**                                                Case number (if known)    **20-02480-LA7**

Name

| 2.8 | **Cerberus Onshore II CLO LLC** | Describe debtor's property that is subject to a lien | **$7,443,487.51** | **$0.00** |

Creditor's Name

**Cerberus Business
Finance, LLC
875 Third Avenue
New York, NY 10022**

Creditor's mailing address                        Describe the lien

                                                 **Is the creditor an insider or related party?**
                                                 ☑ No
Creditor's email address, if known               ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                        ☐ No
                                                 ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an              As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
☐ No                                         ☐ Contingent
☑ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.
See attached.

---

| 2.9 | **Cerberus Onshore II CLO-2 LLC** | Describe debtor's property that is subject to a lien | **$2,157,209.76** | **$0.00** |

Creditor's Name

**Cerberus Business
Finance, LLC
875 Third Avenue
New York, NY 10022**

Creditor's mailing address                        Describe the lien

                                                 **Is the creditor an insider or related party?**
                                                 ☑ No
Creditor's email address, if known               ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                        ☐ No
                                                 ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an              As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
☐ No                                         ☐ Contingent
☑ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.
See attached.

---

| 2.10 | **GF SNS Holdings LLC** | Describe debtor's property that is subject to a lien | **$6,058,922.96** | **$0.00** |

Creditor's Name

**Cerberus Business
Finance, LLC
875 Third Avenue
New York, NY 10022**

Creditor's mailing address                        Describe the lien

                                                 **Is the creditor an insider or related party?**
                                                 ☑ No
Creditor's email address, if known               ☐ Yes
                                                 **Is anyone else liable on this claim?**
**Date debt was incurred**                        ☐ No
                                                 ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **GFRC Holdings LLC**      Case number (if known)    **20-02480-LA7**

        Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| See attached. | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$51,213,298. 02**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.1** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.2** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.3** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.4** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.5** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.6** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.7** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.8** | |
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line **2.9** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **GFRC Holdings LLC**
_____
Name

Case number (if known)    **20-02480-LA7**
_____

| | |
|---|---|
| **Cerberus Business Finance, LLC**<br>**ATTN: Joseph Naccarato**<br>**875 Third Ave.**<br>**New York, NY 10022** | Line __**2.10**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.1**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.2**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.3**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.4**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.5**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.6**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.7**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.8**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.9**__ |
| **Klee, Tuchin, Bogdanoff & Ster**<br>**ATTN: M. Tuchin and M. Sountas**<br>**1999 Avenue of the Stars #39**<br>**Los Angeles, CA 90067** | Line __**2.10**__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **GFRC Holdings LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **20-02480-LA7**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Riverside Public Utilities**
**3901 Orange Streeet**
**Riverside, CA 92501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          49687          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **GFRC Holdings LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **20-02480-LA7**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **GFRC Holdings LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **20-02480-LA7**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Garden Fresh Restaurants LLC** | | **Apollo Investment Corporation** | ☑ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Garden Fresh Restaurants LLC** | | **Ares Capital Corporation** | ☑ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Garden Fresh Restaurants LLC** | | **Cerberus ASRS Funding LLC** | ☑ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Garden Fresh Restaurants LLC** | | **Cerberus ASRS Holdings LLC** | ☑ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Garden Fresh Restaurants LLC** | | **Cerberus Levered Loan Opp.** | ☑ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |

Debtor    __GFRC Holdings LLC__    Case number *(if known)*    __20-02480-LA7__

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6  Garden Fresh Restaurants LLC | Cerberus N-1 Funding LLC | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.7  Garden Fresh Restaurants LLC | Cerberus NJ Credit Opp. Fund L | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.8  Garden Fresh Restaurants LLC | Cerberus Onshore II CLO LLC | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.9  Garden Fresh Restaurants LLC | Cerberus Onshore II CLO-2 LLC | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.10  Garden Fresh Restaurants LLC | GF SNS Holdings LLC | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.11  GFRC Promotions LLC | Apollo Investment Corporation | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.12  GFRC Promotions LLC | Ares Capital Corporation | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.13  GFRC Promotions LLC | Cerberus ASRS Funding LLC | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **GFRC Holdings LLC** | Case number *(if known)* | **20-02480-LA7** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|

2.14    **GFRC Promotions LLC**                    **Cerberus ASRS Holdings LLC**
■ D ___ **2.4**
☐ E/F _____
☐ G _____

---

2.15    **GFRC Promotions LLC**                    **Cerberus Levered Loan Opp.**
■ D ___ **2.5**
☐ E/F _____
☐ G _____

---

2.16    **GFRC Promotions LLC**                    **Cerberus N-1 Funding LLC**
■ D ___ **2.6**
☐ E/F _____
☐ G _____

---

2.17    **GFRC Promotions LLC**                    **Cerberus NJ Credit Opp. Fund L**
■ D ___ **2.7**
☐ E/F _____
☐ G _____

---

2.18    **GFRC Promotions LLC**                    **Cerberus Onshore II CLO LLC**
■ D ___ **2.8**
☐ E/F _____
☐ G _____

---

2.19    **GFRC Promotions LLC**                    **Cerberus Onshore II CLO-2 LLC**
■ D ___ **2.9**
☐ E/F _____
☐ G _____

---

2.20    **GFRC Promotions LLC**                    **GF SNS Holdings LLC**
■ D ___ **2.10**
☐ E/F _____
☐ G _____

---

**Fill in this information to identify the case:**

Debtor name    **GFRC Holdings LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **20-02480-LA7**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **None** | **$0.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **None** | **$0.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **None** | **$0.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

| Debtor | **GFRC Holdings LLC** | Case number *(if known)* | **20-02480-LA7** |
|---|---|---|---|

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **GFRC Holdings LLC**                                      Case number *(if known)*   **20-02480-LA7**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Sullivan Hill Rez & Engel, A Professiona<br>600 B Street<br>Suite 1700<br>San Diego, CA 92101** | **(Attorney Fees $7,500) (Attorney Costs $350)** | **5/13/2020** | **$7,850.00** |
| **Email or website address<br>rudolph@sullivanhill.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. **15822 Bernardo Center Drive, Suite C<br>San Diego, CA 92127** | **March 2017 - Current** |

Debtor    **GFRC Holdings LLC**                                Case number *(if known)*  **20-02480-LA7**

---

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **GFRC Holdings LLC** | Case number *(if known)* | **20-02480-LA7** |
| --- | --- | --- | --- |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **GFRC Holdings LLC**                                    Case number *(if known)*  **20-02480-LA7**

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **InfoSync Services**<br>**1938 N Wodlawn**<br>**Wichita, KS 67208** | **01/03/2018 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **BDO USA LLP**<br>**PO Box 677973**<br>**Dallas, TX 75267** | **2/1/2017 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Donald Breen**<br>**PO Box 1705**<br>**Rancho Santa Fe, CA 92067** | |
| 26c.2. **Michael Dorsey**<br>**2307 Fenton Parkway #107-245**<br>**San Diego, CA 92108** | |
| 26c.3. **InfoSync Services**<br>**1938 N Wodlawn**<br>**Wichita, KS 67208** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Garden Fresh Holding LLC** | **1000 Wilson Blvd., Suite 2700**<br>**Arlington, VA 22209** | **Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Allbritton** | **15822 Bernardo Center, Suite C**<br>**San Diego, CA 92127** | **Executive Chairman** | |

Debtor   **GFRC Holdings LLC**                                             Case number *(if known)*   **20-02480-LA7**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Duncan Evans | 15822 Bernardo Center, Suite C<br>San Diego, CA 92127 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Haywood | 100 Park Plaza, Apt. 3201<br>San Diego, CA 92101 | Executive Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joanne Ochsman | 1000 Wilson Blvd, Suite 2700<br>Arlington, VA 22209 | Vice President | 08/02/17 - 03/25/20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Erin Donofrio | 1000 Wilson Blvd, Suite 2700<br>Arlington, VA 22209 | Vice President | 08/02/17 - 04/02/20 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark Gilbreth | 1000 Wilson Blvd, Suite 2700<br>Arlington, VA 22209 | Vice President | 08/02/2017 - 01/31/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Debtor   **GFRC Holdings LLC**                                             Case number *(if known)*   **20-02480-LA7**

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 26, 2020**

/s/ John Haywood, Executive Vice President          John Haywood, Executive Vice President
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Executive Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

**Attachment to Schedule D**

- All Schedule D lienholders have interest in the same property.

- In addition, the following creditors of Garden Fresh Restaurants LLC, related case no. 20-02477-LA7 ***may*** have a lien against the same property that the Schedule D lienholders have as collateral.

        Freshpoint, Inc.
        FreshPoint Corporate.
        711 North Orlando Avenue, Suite 201.
        Maitland, FL 32751

        Charlie's Produce
        P.O. Box 24606,
        Seattle, WA 98124

        Downtown Produce
        Premier Produce Central Florida LLC
        640 Distribution Dr
        Melbourne, Fl 32904

411324-v1

# United States Bankruptcy Court
## Southern District of California

In re   __GFRC Holdings LLC__

                    Debtor(s)

Case No.   __20-02480-LA7__

Chapter   __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __GFRC Holdings LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Garden Fresh Holding, LLC**
**1000 Wilson Blvd., Suite 2700**
**Arlington, VA 22209**

☐ None [*Check if applicable*]

__May 26, 2020__

Date

**/s/ Gary B. Rudolph**

**Gary B. Rudolph 101921**

Signature of Attorney or Litigant

Counsel for __GFRC Holdings LLC__

**Sullivan Hill Rez & Engel, A Professional Law Corporation**
**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
**(619) 233-4100 Fax:(619) 231-4372**
**rudolph@sullivanhill.com**